IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **05-cv-526-AP**

JOAN WALL,

      Plaintiff,

v.

JO ANNE B. BARNHART,

      Defendant.

---

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

---

## 1.  APPEARANCES OF COUNSEL AND *PRO SE* PARTIES

<u>For Plaintiff</u>:

Frederick W. Newall, Esq.

730 N. Weber, #101

Colorado Springs, CO  80903

(717) 633-5211 (Telephone)

newallfrederickw@qwest.net

<u>For Defendant</u>:

Michele M. Kelley

Special Assistant United States Attorney

*Mailing Address:*

1961 Stout Street, Suite 1001A

Denver, Colorado  80294

(303) 844-0812 (Telephone)

(303) 844-0770 (Facsimile)

michele.kelley@ssa.gov

*Street Address:*

1225 Seventeenth Street, Suite 700

Denver, Colorado 80202
(303) 454-0100

## 2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

## 3. DATES OF FILING OF RELEVANT PLEADINGS

      **A.**     **Date Complaint Was Filed:** March 21, 2005

      **B.**     **Date Complaint Was Served on U.S. Attorney's Office:** April 6, 2005

      **C.**     **Date Answer and Administrative Record Were Filed:** June 6, 2005

## 4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD

The parties state that the administrative record is complete and accurate.

## 5. STATEMENT REGARDING ADDITIONAL EVIDENCE

The parties intend to submit no additional evidence.

## 6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES

The parties state that this case involves not unusually complicated or out-of-the-ordinary claims,

## 7. OTHER MATTERS

The parties believe no other matters should be brought to the Court's attention.

## 8. PROPOSED BRIEFING SCHEDULE

      **A.**     **Plaintiff's Opening Brief Due:** August 18, 2005

B.      **Defendant's  Response Brief Due:**  September 19, 2005

C.      **Plaintiff's  Reply Brief (If Any) Due:**  October 4, 2005

## 9. STATEMENTS REGARDING ORAL ARGUMENT

A.      **Plaintiff's Statement:**  Plaintiff does not request oral argument.

B.      **Defendant's Statement:**  Defendant does not request oral argument.

## 10. CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

*Indicate below the parties' consent choice.*

A.      ( )  **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

B.      (X)  **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

## 11. OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

## 12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN

*The parties agree that  the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED:  June 28, 2005

BY THE COURT:

S/**John L. Kane**

Senior Judge, United States District Court

APPROVED:

| | UNITED STATES ATTORNEY |
|---|---|
| S/Frederick W. Newall<br>Frederick W. Newall, Esq.<br>730 N. Weber, #101<br>Colorado Springs, CO 80903<br>newallfrederickw@qwest.net<br>Telephone: (719) 633-5211<br><br>Attorney for Plaintiff | S/Michele M. Kelley<br>By: Michele M. Kelley<br>Special Assistant United States Attorney<br><br>*Mailing Address:*<br>1961 Stout St., Suite 1001A<br>Denver, Colorado  80294<br>michele.kelley@ssa.gov<br>Telephone: (303) 844-0812<br><br>*Street Address:*<br>United States Attorney's Office<br>1225 Seventeenth Street, Suite 700<br>Denver, Colorado  80202<br>Telephone:  (303) 454-0100<br><br>Attorney for Defendant |