IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Case No. 05-cv-00526-MSK

JOAN WALL,

       Plaintiffs,

v.

JO ANNE B. BARNHART,
*Commissioner of Social Security*,

       Defendant.

___

### ORDER AND NOTICE OF RESCHEDULED ORAL ARGUMENT
___

THIS MATTER comes before the Court upon the Plaintiff's Motion to Reschedule Oral Argument **(#15)**, and the Court having been fully advised in the premises,

IT IS THEREFORE ORDERED that the **one hour** oral argument hearing scheduled for November 16, 2005 is rescheduled for **December 14, 2005,** at **4:00 p.m.,** in the United States District Court for the District of Colorado, Courtroom A901, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. **Oral argument will be limited to 15 minutes per side.**

Dated this 19th day of October, 2005.

                                            **BY THE COURT:**

                                            *[signature: Marcia S. Krieger]*

                                            Marcia S. Krieger
                                            United States District Judge